

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2014

No. 04-13-00753-CV

Robert **SCHRADE**,
Appellant

v.

Stephen E. **EARLE** MD and Stephen E. Earle MD PA,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-03779
Honorable Laura Salinas, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Appellant's Motion for Rehearing is GRANTED. The motion for rehearing is due on July 31, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court